McGREGOR W. SCOTT
United States Attorney
PHILIP A. SCARBOROUGH (SBN 254934)
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900
Philip.Scarborough@usdoj.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY JONES<br><br>      Plaintiff,<br><br> v.<br><br>UNITED STATES, et al.<br><br>      Defendants. | CASE NO. 2:18-CV-03110-TLN-DMC<br><br>DEFENDANTS' REQUEST TO EXTEND TIME TO RESPOND TO COMPLAINT AND ORDER |

  Defendants the United States of America, Joshua Root, and Peter Sawtell respectfully request an extension of time to respond to the complaint.

  Plaintiff Rodney Jones originally filed this lawsuit against Bureau of Land Management ("BLM") Officers Joshua Root and Peter Sawtell in Shasta County Superior Court on October 29, 2018. *See* ECF 1-1. Because the complaint appears to allege tort claims against the United States as well as claims against Officers Root and Sawtell in connection with their federal duties, the United States removed the action to this Court on November 30, 2018. ECF 1.

  Pursuant to Federal Rule of Civil Procedure 81(c)(2), defendants' deadline to respond to the complaint is, at its earliest, December 21, 2018. *See* Fed. R. Civ. P. 81(c)(2)(A).[1] Jones alleges that

---

[1] Rule 81(c)(2) sets the deadline for responding to a removed complaint as the later of 21 days after receiving "through service or otherwise" a copy of the initial pleading, 21 days after being served with the summons for an initial pleading, or 7 days after the notice of removal is filed. *See also Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 347-56 (1999) (interpreting "through service or otherwise" in removal statute to require service of formal process, not mere receipt of the complaint through informal means). Service of a complaint on the United States or a federal officer requires serving the United States Attorney's Office for the relevant district as well as the United States Attorney

DEFENDANTS' REQUEST TO EXTEND TIME
TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER    1

Officers Root and Sawtell conducted a traffic stop of Jones without probable cause in April 2017. *See* ECF 1-1 at 3, 10.[2] Jones was later charged with state criminal violations in connection with the stop. *See id.* at 10. Defendants have been diligently investigating Jones's claims, including seeking to obtain the court records for the related state court criminal case, but require additional time to complete the investigation. *See* Declaration of Philip A. Scarborough ("Scarborough Decl.") ¶ 4. Defendants estimate that an extension of approximately two months, to February 22, 2018, should be sufficient time to obtain the relevant court records, review them, and formulate a response to the complaint. *Id.* ¶ 6.

Defendants have not previously sought an extension of any deadline in this matter. Scarborough Decl. ¶ 7. Defendants therefore respectfully request that the Court extend the time for defendants to respond to the complaint, by motion or otherwise, for approximately two months, to February 22, 2019. *See id.*[3]

Respectfully submitted,

Dated: December 18, 2018

McGREGOR W. SCOTT
United States Attorney

By: */s/ Philip A. Scarborough*
PHILIP A. SCARBOROUGH
Assistant United States Attorney

//
//
//
//
//

---

General. *See* Fed. R. Civ. P. 4(i)(1)-(3). Here, the United States' Attorney's Office has never been served with Jones' complaint. *See* Declaration of Philip A. Scarborough ¶ 2. Arguably, therefore, the time for each defendant to respond has not yet started running. But assuming that removal of the action to federal court substituted for service of process, the earliest deadline for defendants' response to the complaint is 21 days after removal under Rule 81(c)(2)(A).

[2] Page numbers refer to the pagination assigned to the document by the Court's electronic case filing system.

[3] Counsel for defendants has not attempted to request plaintiff's position with respect to the relief requested herein. *See* Scarborough Decl. ¶ 5. Based on the undersigned's previous interaction with Jones, any attempt to request his concurrence with respect to routine scheduling matters such as this would be futile. *See id.*

# ORDER

Before the Court is defendants' request for an extension of time to respond to the complaint. Good cause appearing, the request is granted. Defendants shall respond to the complaint, by motion or otherwise, on or before February 22, 2019.

IT IS SO ORDERED.

Dated: December 19, 2018

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE