**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RODNEY JONES, | No. 2:18-CV-3110-TLN-DMC |
| Plaintiff, | |
| v. | ORDER |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Plaintiff, who is proceeding pro se, brings this civil action. On the court's own motion and good cause appearing therefor, the scheduling conference set for May 8, 2019, is vacated pending resolution of defendant's motion to dismiss.

IT IS SO ORDERED.

Dated: March 28, 2019

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE