IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY JONES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | No. 2:18-CV-3110-TLN-DMC<br><br><br>ORDER |

Plaintiff, who is proceeding pro se, brings this civil action. No opposition to the pending motion to dismiss has been filed. Therefore, pursuant to Eastern District of California Local Rule 230(c), the hearing scheduled for April 3, 2019, at 10:00 a.m. before the undersigned in Redding, California, is hereby taken off calendar and the matter is submitted on the record and briefs without oral argument.

　　　　　IT IS SO ORDERED.

Dated: April 1, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1